No. 11–9866. ALSTON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–9872. ALLEN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–9887. SHEPPARD v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9899. DAVIS v. AKIN'S ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9923. WOODS v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9931. CHANDLER v. RONCOLI. C. A. 5th Cir. Certiorari denied.

No. 11–9943. SPANO v. SCHULSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9966. THOMAS v. McCOY ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9969. COULTER v. RODDY. C. A. 9th Cir. Certiorari denied.

No. 11–9971. CALDWELL v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9980. BETSKOFF v. MARTIN GROFF CONSTRUCTION CO., INC. Ct. Sp. App. Md. Certiorari denied.

No. 11–10011. HICKMAN v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10031. ANDERSON v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10036. HAMM v. SOUTH CAROLINA. Ct. Common Pleas of Berkeley County, S. C. Certiorari denied.

No. 11–10042. EVERETT v. BERGH, WARDEN. C. A. 6th Cir. Certiorari denied.